UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-24836-SCOLA

TAL HILSON,

      Plaintiff,

vs.

BEN & GABBY'S d/b/a PAQUITO'S
MEXICAN RESTAURANT,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, TAL HILSON, by and through undersigned counsel, hereby notifies the Court that the parties are in the process of executing the Settlement Agreement and request ten (10) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties ten (10) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

    I certify that February 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email and via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                       Respectfully submitted,

                                                       MARK D. COHEN, P.A.
                                                       Co-Counsel for Plaintiff
                                                       Presidential Circle
                                                       4000 Hollywood Blvd., Ste. 435 So.
                                                       Hollywood, Florida 33021
                                                       Telephone (954) 962-1166
                                                       Facsimile (954) 962-1779

                                                       /s/ Mark D. Cohen
                                                       Mark D. Cohen, Esquire
                                                       Email: mdcohenpa@yahoo.com
                                                       Florida Bar No.: 347345