United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Tal Hilson, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 14-24836-Civ-Scola |
| | ) |
| Ben & Gabby's, Defendant | ) |

### Order Of Dismissal with Prejudice

This matter is before the Court on the Parties' Joint Motion to Dismiss the Case with Prejudice, consistent with Federal Rule of Civil Procedure 41(a)(2). (*See* filing, ECF No. 14.) After reviewing the Motion, the record, and the relevant legal authorities, the Court finds the terms of the dismissal proper. The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court **grants** the Motion (ECF No. 14) and **dismisses** this case with prejudice. The Court **directs** the Clerk to **close** this matter.

**Done and Ordered** in chambers, at Miami, Florida March 2, 2015.

Robert N. Scola, Jr.
United States District Judge